NOTE: CHANGES MADE BY COURT

# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FLYING HELIBALL, LLC a California Limited Liability Company;<br><br>Plaintiffs,<br><br>v.<br><br>SHOPIFY (USA), INC., a Delaware Corporation; TIKTOK, INC., a Delaware Corporation; DOE MERCHANTS 1-10; and DOE PURCHASERS 1-10.<br><br>Defendants. | Case No. 8:24-cv-02183-FWS-JDE<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL WITH PREJUDICE [26]** |

///

///

///

1  Having reviewed and considered the Joint Stipulation of Dismissal with
2  Prejudice [26] ("Stipulation"), filed by Plaintiff Flying Heliball, LLC ("Plaintiff")
3  and Defendant Shopify (USA), Inc. ("Shopify") (together, "Moving Parties"), the
4  files and records of the case, the applicable law, and for the good cause
5  demonstrated in the Stipulation, the court **GRANTS** the Stipulation and **ORDERS**
6  the following:

8  The above-captioned case is **DISMISSED WITH PREJUDICE** against
9  Shopify, with neither of the Moving Parties to pay any amount to the other
10 of the Moving Parties in connection with the above-captioned case, and each
11 of the Moving Parties to bear its own costs and attorneys' fees.

13 **IT IS SO ORDERED**.

15 Dated: February 25, 2025

   _____
   Hon. Fred W. Slaughter
   UNITED STATES DISTRICT JUDGE