NOTE: CHANGES MADE BY COURT

# JS-6

**UNITED STATES DISTRICT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FLYING HELIBALL, LLC a California Limited Liability Company;<br><br>Plaintiffs,<br><br>v.<br><br>SHOPIFY (USA), INC., a Delaware Corporation; TIKTOK INC., a California Corporation; DOE MERCHANTS 1-10; and DOE PURCHASERS 1-10.<br><br>Defendants. | Case No. 8:24-cv-02183-FWS-JDE<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE [35]** |

Before the Court is the Joint Stipulated Dismissal with Prejudice [35] ("Stipulation"), filed by Plaintiff Flying Heliball, LLC ("Flying Heliball") and Defendant TikTok Inc. ("TTI") (together with Flying Heliball, the "Parties"). In the Stipulation, the Parties agree "to the dismissal of all claims asserted against TTI in Case No. 8:24-cv-7183-FWS WITH PREJUDICE pursuant to Rule 41(a)(ii)

1

of the Federal Rules of Civil Procedure, and according to the terms of an Agreement between the Parties."

Having reviewed and considered the Stipulation, the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **GRANTS** the Stipulation and **ORDERS** the following:

1. All claims asserted against TTI in the above-captioned are

    **DISMISSED WITH PREJUDICE**.

2. Each party is to bear its own costs, expenses, and attorneys' fees.

3. All pending requests for relief in the above-captioned not explicitly granted herein are **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Dated: May 30, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE